

FILED

01/15/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0438

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0438

_____

CITY OF MISSOULA,

    Plaintiff and Appellee,

v.

MATEO WHATLEY,

    Defendant and Appellant.

_____

**O R D E R**

FILED

JAN 15 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellee City of Missoula, through the Office of the Attorney General, has moved to dismiss this appeal on the basis that it is an appeal taken from an order that is not immediately appealable. Appellant Mateo Whatley responds in opposition to the City's motion to dismiss. Whatley also asks this Court to rule in his favor in this appeal because the City has not timely filed an Answer Brief.

Whatley appeals from the July 22, 2024 Order of the Fourth Judicial District Court, Missoula County, in its Cause No. DC-24-396. That Order denied Whatley's motion to dismiss the City's pending appeal from Whatley's misdemeanor convictions in the Missoula Municipal Court.

The City argues that this Court should dismiss Whatley's appeal because the July 22, 2024 Order denying dismissal is not a final order and is therefore not appealable at this juncture. Whatley has responded in opposition to dismissal, arguing that the District Court's denial of his motion to dismiss is an appealable order because the underlying Municipal Court Sentencing Order is a final judgment of conviction pursuant to § 46-20-104, MCA.

Whatley misapprehends the applicable procedure. His final judgment of conviction from the Municipal Court is properly appealable to the District Court. *See* §§ 3-5-303, 46-18-311, MCA. However, he may not appeal a ruling from the District Court to this

Court until the District Court has issued a final judgment.  M. R. App. P. 6(1).  An order denying a motion to dismiss is not an appealable order.  M. R. App. P. 6(5).  We cannot entertain Whatley's appeal at this time as it is not ripe for appeal until and unless the District Court issues a final judgment of conviction.

IT IS THEREFORE ORDERED that this appeal is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this matter is REMANDED to the District Court.  The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 15 day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices

2